No. 89–114.   FREEMAN v. WEISSMANN.   C. A. 2d Cir.   Motion of Abass Alavi et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.

No. 89–166.   COURBOIS v. REDMON.   C. A. D. C. Cir.   Certiorari denied.   JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 89–5053.   BOYD v. ALABAMA.   Sup. Ct. Ala.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 89–5119.   BERRIGAN ET AL. v. PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 89–5271.   MARTIN v. PENNSYLVANIA STATE REAL ESTATE COMMISSION ET AL.   C. A. 3d Cir.   Certiorari denied.   JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 89–5311.   PARKER v. PARSONS, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari before judgment denied.